# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACKAGING CORPORATION OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BONERT'S INC. d/b/a BONERT'S SLICE OF PIE, MICHAEL BONERT, and DOES 1–10,<br><br>Defendants. | Case No. 8:16-cv-00818 JVS(KSx)<br><br>**JUDGMENT** |

Pursuant to the *Stipulation for Entry of Judgment against Bonert's Inc. And Dismissal without Prejudice of Michael Bonert* (Dkt. No. 28) between plaintiff Packaging Corporation of America and defendants Bonert's Inc. d/b/a Bonert's Slice of Pie and Michael Bonert, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered in favor of Packaging Corporation of America against Bonert's Inc. d/b/a Bonert's Slice of Pie, with an address at 2727 S. Susan Street, Santa Ana, CA 92704, for the sum of $212,651.54 together with prejudgment interest at the rate of ten percent (10%) per annum under Cal. Civ. Code § 3289(b) in the amount of $10,486.93, for a total of $223,138.47, with interest continuing to accrue at the rate of ten per cent (10%) per annum until this judgment is satisfied.

Dated: October 2, 2018

_____
Hon. James V. Selna
United States District Judge