# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. SACV 16-00818 KVS(KSx)  Date February 11, 2019

Title: Packaging Corp. of America v. Bonert's Inc.

Present: The Honorable JAMES V. SELNA

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

Proceedings:  ☐ In Court  ☒ In Chambers  ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated 10/2/2018. Dkt No. 31.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other MAKE JS-6

☐ Entered _____.

Initials of Preparer _____